IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

      Plaintiff,                                 No. CIV. S-11-2514 MCE EFB PS

      v.

STEVE ESCOBAR, individually and d/b/a
HAVEN ACRES a/k/a HAVEN ACRES
MARINA,

      Defendant.                               <u>ORDER</u>

_____/

       This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1) for hearing on plaintiff's motion for entry of default judgment against defendant Steve Escobar, individually and d/b/a Haven Acres a/k/a Haven Acres Marina.  A hearing on the motion was held on February 8, 2012.  Attorney Thomas P. Riley appeared on behalf of plaintiff; defendant appeared pro se.  At the hearing, the court discussed the motion with the parties, as well as the response defendant filed to plaintiff's default judgment motion, which the court construed as a motion to set aside the clerk's entry of default. *See* Dckt. No. 10.  The court then directed plaintiff to file a further motion to set aside the default, which defendant indicated at the hearing that he intended to file; indicated that the motion to set aside default would be heard on March 21, 2012; and continued plaintiff's motion

1

for default judgment to March 21, 2012.

On March 13, 2012, plaintiff filed a "Notice of Bankruptcy of Defendant Steve Escobar," indicating that defendant filed a voluntary Chapter 7 bankruptcy petition on February 27, 2012. Dckt. No. 13 at 1, 4. Accordingly, plaintiff requests that the court issue an order "staying the pending action as to defendant Steve Escobar, individually and d/b/a Haven Acres a/k/a Haven Acres Marina, subject to the disposition of the Plaintiff's claims to be asserted against this particular defendant in the bankruptcy." *Id.* at 2.

Pursuant to 11 U.S.C. § 362, the filing of the bankruptcy petition operates as a stay of the instant proceeding. This court must therefore defer further consideration of the matters pending in the instant case until the bankruptcy action is terminated or plaintiff has obtained relief from the automatic stay.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 21, 2012 hearing on plaintiff's motion for default judgment and defendant's motion to set aside the default is vacated.

2. By operation of the automatic stay, 11 U.S.C. § 362, this action is stayed pending resolution of defendant's bankruptcy petition, case number 12-23744, filed February 27, 2012, in the United States Bankruptcy Court for the Eastern District of California.

3. Upon termination of defendant's bankruptcy proceeding or an order granting relief from the automatic stay, the undersigned shall resume consideration of plaintiff's motion for default judgment and defendant's motion to set aside default.

4. The parties shall notify the court within fourteen days of the resolution of the bankruptcy proceedings.

5. In the interim, the Clerk of Court shall administratively terminate this case.

SO ORDERED.

DATED: March 14, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE